**UNITED STATES COURT OF APPEALS**
**for the Fifth Circuit**

_____

No. 96-30709
_____

JAMES COLEMAN

                                        Plaintiff-Appellant,

VERSUS

RICHARD L. STALDER, Etc. Et Al,

                                        Defendants-Appellees

_____

Appeal from the United States District Court
for the Western District of Louisiana
(95-CV-1380-S)
_____
December 10, 1997

Before DAVIS, JONES, and DENNIS, Circuit Judges.

PER CURIAM:[*]

    AFFIRMED.  See Local Rule 47.6.

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.